

SHARION AYCOCK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
301 WEST COMMERCE STREET, ROOM 321
POST OFFICE BOX 847
ABERDEEN, MISSISSIPPI 39730-0847

JUDGE'S CHAMBERS

TELEPHONE (662) 369-2628

August 15, 2008

Judge Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

Re:    Calendar Year 2007 Filing

Dear Judge Smith:

Pursuant to your request, listed below is a response to your July 17, 2008 letter as follows:

In Part VII, page 4, line 17, the name of the company that sponsors CAPITAL INC BUILDER FUND-RA is American Funds.

In Part VII, page 5, line 18, the name of the company that sponsors CAPITAL WORLD GROWTH AND INC FURARA is American Funds.

In Part VII, page 5, line 19, the name of the company that sponsors FUNDAMENTAL INVESTORS FUND-RA is American Funds.

In Part VII, page 5, line 20, the name of the company that sponsors GROWTH FUND OF AMERICA-RA is American Funds.

In Part VII, page 7, line 62, the Shop/Office Building is located in Fulton, Itawamba County, Mississippi.

Please advise if I need to provide any additional information.

Sincerely yours,



Sharion Aycock

A● 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aycock, Sharion H | U. S. District Court, Northern Mississippi | 05/13/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT COURT JUDGE | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 W. Commerce Street, Rm 321<br>P O Box 847<br>Aberdeen, MS 39730-0847 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST # 2 |
| 2. | CO-TRUSTEE | TRUST # 3 |
| 3. | PRESIDENT | RICHARDSON DEVELOPMENT CO INC |
| 4. | DIRECTOR | RICHARDSON DEVELOPMENT CO INC |
| 5. | DIRECTOR | DARRELL HARP ENTERPRISES INC |
| 6. | DIRECTOR | TREMONT DEVELOPMENT CO INC |
| 7. | | |
| 8. | | |
| 9. | | |

RECEIVED 2008 MAY 14 A 12: 27 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1984 | MS PERS RETIREMENT ACCOUNT; DRAWING RETIREMENT IN 2008 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Mississippi - Wages | $ 73,130 |
| 2. 2007 | Darrell Harp Enterprises, Inc. - Wages | $ 5,260 |
| 3. 2007 | Darrell Harp Enterprises, Inc. - Director's fee | $ 3,600 |
| 4. 2007 | Collection of old attorney's fees | $ 8,000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Travelers Indemnity Company - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. North East Mississippi Women Lawyers | Reception after confirmation given in my honor attended by approximately 25 persons | $ 500 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. FEDERAL LAND BANK | NOTE ON PROPERTY 1 | L |
| 2. BANCORPSOUTH BANK | UNSECURED NOTES | K |
| 3. FEDERAL LAND BANK | NOTE ON PROPERTY 2 | L |
| 4. THREE RIVERS PLANNING AND DEV DISTRICT | NOTE ON PROPERTY 3 | K |
| 5. BANCORPSOUTH BANK | NOTE ON PROPERTY 4 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANCORPSOUTH COMMON STOCK | A | Dividend | J | T | | | | | |
| 2. TRUSTMARK COMMON STOCK-■ | A | Dividend | J | T | | | | | |
| 3. TRAVELERS COM. STOCK COMMONCOMMCCCOMMC | A | Dividend | | | Sell ■ | 2/21 | K | A | |
| 4. DARRELL HARP ENT INC | B | Dividend | N | U | | | | | |
| 5. 4A INVESTMENT CO | C | Interest | L | T | | | | | |
| 6. PROPERTY 1, Grenada Co, MS | A | Interest | L | W | | | | | |
| 7. MS DEFERRED COMP COMPENSATION CO | B | Interest | L | T | | | | | |
| 8. MS PERS RETIREMENT FUND | | None | L | T | | | | | |
| 9. DRUG STORE RENTAL-A/C | D | Interest | K | W | | | | | |
| 10. PERFORMANCE FUNDS | A | Dividend | J | T | | | | | |
| 11. MET-LIFE Policyholder Trust | A | Dividend | K | T | | | | | |
| 12. G PUTMAN FUND OF BOSTON-SA | C | Dividend | J | T | | | | | |
| 13. PUTMAN GROWTH AND INCOME-SA | A | Dividend | J | T | | | | | |
| 14. PUTMAN HEALTH SCIENCES-SA | B | Dividend | J | T | | | | | |
| 15. AETNA ANNUITY | | None | | | Redemption | 09/01 | J | A | |
| 16. WASHINGTON MUTUAL BANK-■/CD | A | Interest | | | Redemption | 5/31 | J | A | |
| 17. CAPITAL INC BUILDER FUND-■ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAPITAL WORLD GROWTH AND INC FURA■ | A | Dividend | J | T | | | | | |
| 19. FUNDAMENTAL INVESTORS FUND-■ | A | Dividend | J | T | | | | | |
| 20. GROWTH FUND OF AMERICA-■ | A | Dividend | J | T | | | | | |
| 21. HOME FEDERAL SAVINGS BANK-■/CD | A | Interest | J | T | | | | | |
| 22. BANCORPSOUTH CD-MR | A | Interest | J | T | | | | | |
| 23. BANK OF WALKER CO-MR-3M | A | Interest | L | T | | | | | |
| 24. BANCORPSOUTH-MR 3M | A | Interest | J | T | | | | | |
| 25. TRUSTMARK RENTAL-MR 3M | B | Interest | | | Redemption | 08/01 | K | A | |
| 26. TIMBERLAND-ITAWAMBA CO-MR 3M | | None | L | W | | | | | |
| 27. TRUSTMARK MONEY MARKET-SA | A | Interest | J | T | | | | | |
| 28. MORGAN KEEGAN MONEY MARKET-SA | B | Interest | K | T | | | | | |
| 29. MORGAN KEEGAN MONEY MR | A | Interest | J | T | | | | | |
| 30. BANCORPSOUTH CHECKING AC | | None | J | T | | | | | |
| 31. SOUTHERN FARM BUREAU | A | Interest | J | T | | | | | |
| 32. ST PAUL COMMON STOCK FUND | C | Dividend | N | T | | | | | |
| 33. ST PAUL TRAVELER S PREFERRED FUND | A | Dividend | K | T | | | | | |
| 34. NEUBERGER BERMAN GENESIS FUND | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COMMUNITY SPIRIT-DRUG STORE RENTALS-CD | C | Interest | L | T | | | | | |
| 36. MS DEV BK SPL OBLG SOUTHHAVEN WTR SWR SYS PROJECT | A | Interest | L | T | | | | | |
| 37. RICHARDSON DEV CO ACCOUNT RECEIVABLE | A | Interest | K | T | | | | | |
| 38. TRUSTMARK COMMON STOCK-SA | B | Dividend | K | T | | | | | |
| 39. COMDISCO HOLDING CO | A | Dividend | | | Sell | 09/17 | J | A | |
| 40. FEDERAL LAND BANK | A | Interest | J | T | | | | | |
| 41. COMMUNITY SPIRIT MONEY MARKET | A | Interest | J | T | | | | | |
| 42. TREMONT DEV CO | A | Distribution | J | T | | | | | |
| 43. GEORGE PUTMAN OF BOSTON- MR | A | Dividend | J | T | | | | | |
| 44. PUTMAN GROWTH AND INCOME-MR | A | Dividend | J | T | | | | | |
| 45. PUTMAN HEALTH SCIENCES-MR | A | Dividend | J | T | | | | | |
| 46. WORLD COM COMMON STOCK-MR | | None | J | T | | | | | |
| 47. MCKEE HOUSE, FULTON, MS-RDC | D | Rent | L | W | | | | | |
| 48. PROPERTY 3, Itawamba Co, MS | B | Rent | M | W | | | | | |
| 49. PROPERTY 4, Itawamba Co. MS | C | Rent | K | W | | | | | |
| 50. ST PAUL TRAVELERS PENSION FUND | | None | M | T | | | | | |
| 51. PROPERTY 2, Itawamba Co, MS | B | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▮▮▮▮▮▮ FARM, TREMONT, MS | B | Rent | M | W | | | | | |
| 53. ▮▮▮▮▮▮ LOT IN TUPELO, MS | | None | K | W | | | | | |
| 54. ▮▮▮▮▮▮ PROPERTY, TREMONT, MS | | None | J | W | | | | | |
| 55. ▮▮▮▮▮ LOT, FULTON, MS | | None | J | W | | | | | |
| 56. ▮▮▮▮▮▮▮ FARM, BALDWYN, MS | B | Rent | K | W | | | | | |
| 57. TRUST #II-FEDERATED LIFE | | None | | | Redemption | 02/01 | M | A | |
| 58. WINDSOR II-MR | A | Dividend | K | T | | | | | |
| 59. T'mark CD/Jefferson Pilot Life, Trust III | C | Int./Div. | N | T | | | | | |
| 60. BANK OF WALKER COUNTY STOCK-SA | A | Dividend | J | T | | | | | |
| 61. TRUSTMARK SAVINGS A/C-DHJ/SA | A | Dividend | J | T | | | | | |
| 62. SHOP/OFFICE BUILDING | | None | L | T | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aycock, Sharion H | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Positions on the initial disclosure statement reported three trusts. Trust I was reported in error and is not included in the report. The corresponding asset #60 from the prior year report was reported in error and not reported this year. Asset # 61 on the prior report was a life insurance policy that was surrendered and combined with asset #59 on the current year report.

Trust II reported in the prior year was terminated during the current year. Asset #59 on schedule VII is related to this trust.

Assets #48 and #49 on schedule VII in the prior year were duplicates of assets #44 and #45. These are only reported once as assets #44 ad #45 in the current report.

Item #32 on the prior year report was for Janus Funds which were actually sold August 10, 2006 and should not have included on that report. This item is not included on this report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544